FILED
CLERK, U.S. DISTRICT COURT

MAR 2 4 2008

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ✓
Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ERIC BECHLER, | ) | CASE NO. SACV 05-00498 RGK (SS) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| ANTHONY HEDGPETH, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED:   MAR 2 4 2008

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE